OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

1/29/2015

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵
FEB 03 2015
MAILED FROM ZIP CODE 78701

VAZQUEZ, ANGEL LUIS   Tr. Ct. No. 13-02-01976-CR(1)          WR-82,781-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ANGEL LUIS VAZQUEZ
MONTGOMERY COUNTY JAIL
539967 POD 5
CRIMINAL JUSTICE DRIVE
CONROE, TX  77301

RETURN TO SENDER
( ) CELL & PIN # REQUIRED
(X) NO LONGER AT THIS ADDRESS
( ) UNAUTHORIZED MATERIAL
( ) NO GREETING CARDS

U TF

KGJV638  77301